| | |
|---|---|
| DEBBIE PITTMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Thirty Three Threads, Inc.<br><br>    Defendant. | **United States District Court<br>Northern District of Illinois**<br><br>Case No.: 1:25-cv-5644<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated:   September 29, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: 844-731-3343

D: 718-554-0237

Email: Dreyes@ealg.law