DEBBIE PITTMAN, on behalf of herself and all others similarly situated,

    Plaintiffs,

    v.

Thirty Three Threads, Inc.,

    Defendant.

**United States District Court**
**Northern District of Illinois**

Case No.: 1:25-cv-5644

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

      Dated: October 23, 2025

**/s/ David B. Reyes**

David B. Reyes, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street
Flushing, NY 11367
O: (844) 7631-3343
C: (630)-478-0856
Email: Dreyes@ealg.law

*Attorney for Plaintiff*

**/s/ Holly L.K. Heffner**

Holly L.K. Heffner
GORDON REES SCULLY
MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel: (619) 696-6700
Email: hheffner@grsm.com

*Attorney for Defendant*